**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 21, 2012

<u>BY ECF</u>

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>United States v. John Avvento</u>
        <u>Criminal Docket No. 11 CR 612 (SJ)</u>

Dear Judge Johnson:

    The government respectfully requests that the sentencing of the defendant that is scheduled for tomorrow May 22, 2012 at 9:30 a.m. be adjourned. The defendant filed a voluminous sentencing submission on Friday and the government needs additional time to review it and prepare its response. Arthur Aidala, counsel for the defendant, consents to this request.

                Very truly yours,

                LORETTA E. LYNCH
                United States Attorney

        By: <u>/s/                 </u>
              Marisa Megur Seifan
              Assistant U.S. Attorney
              (718) 254-6008

cc: Arthur Aidala, Esq.